IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| LARRY JACKSON, Register No. 38010, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-4077-CV-C-NKL |
| | ) | |
| LARRY CRAWFORD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On April 19, 2006, plaintiff filed a motion to dismiss his claims voluntarily. Pursuant to Fed. R. Civ. P. 41(a), it is

ORDERED that this case is dismissed, without prejudice [6].

/s/

NANETTE K. LAUGHREY
United States District Judge

Dated: April 27, 2006
Jefferson City, Missouri